UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>V.<br><br>REVA S. HICKS,<br><br>    Defendant. | CRIMINAL NO. 6:13-CR-12-KKC-HAI-1<br><br><br>**ORDER** |

*** *** ***

This matter is before the Court on the Recommended Disposition (DE #60) of Magistrate Judge Hanly A. Ingram, which make certain recommendations regarding the defendant's admitted violations of the terms and conditions of her supervised release. No objections to the recommendation have been filed and the defendant has filed a Waiver of Allocution (DE #61), waiving her right to appear before the district judge.

Accordingly, the Court ORDERS that the Recommended Disposition (DE #60) is ADOPTED as the Court's findings and opinion. The United States Probation Office shall prepare a Revocation Judgment consistent with the magistrate judge's recommendation.

This 18th day of July, 2022.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY